1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN163973)
   Chief, Criminal Division
4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6878
7      Facsimile: (415) 436-7234
       Email: elise.becker@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION


   UNITED STATES OF AMERICA,        )   No. 3-08-70408 MEJ
                                    )
        Plaintiff,                  )
                                    )
        v.                          )   STIPULATION and (PROPOSED)
                                    )   ORDER EXCLUDING TIME
   MIRSAD NEZIRI,                   )
                                    )
        Defendant.                  )
   _____)


       The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S. Attorney, and defendant Mirsad Neziri, by and through his attorney, Paul Wolf, stipulated in open court on July 23, 2008 before Magistrate Judge Maria-Elena James that the time period between July 23, 2008 and August 6, 2008, should be excluded from the calculation of time in which the above captioned case must be presented to a Grand Jury under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161.


Order Excluding Time
3-08-70408 MEJ

1  The ground for this exclusion is that the parties need additional time in which to
2  review and discuss the case. The parties agree that the ends of justice served by the exclusion of
3  this time outweigh the best interest of the public and the defendant in a speedy trial, all pursuant
4  to 18 U.S.C. § 3161(h)(8)(B)(iii) and (iv).

DATED: July 23, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
Elise Becker
Assistant United States Attorney

SO ORDERED.

DATED:

_____
UNITED STATES MAGISTRATE JUDGE

Order Excluding Time
3-08-70408 MEJ