JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN163973)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6878
    Facsimile: (415) 436-7234
    Email: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-08-70408 MEJ |
| ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | STIPULATION and (PROPOSED) |
| ) | ORDER EXCLUDING TIME |
| MIRSAD NEZIRI, ) | |
| ) | |
|     Defendant. ) | |

      The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S. Attorney, and defendant Mirsad Neziri, by and through his attorney, Paul Wolf, stipulated in open court on July 16, 2008 before Magistrate Judge Maria-Elena James that the time period between July 16, 2008 and July 23, 2008, should be excluded from the calculation of time in which the above captioned case must be presented to a Grand Jury under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161.

Order Excluding Time
3-08-70408 MEJ

The ground for this exclusion is that the parties need additional time in which to review and discuss the case. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interest of the public and the defendant in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii) and (iv).

DATED: July 16, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO  
United States Attorney

/s/

_____  
Elise Becker  
Assistant United States Attorney

SO ORDERED.

DATED: July 16, 2008

_____  
UNITED STATES MAGISTRATE JUDGE

Order Excluding Time  
3-08-70408 MEJ