1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6878
7  Facsimile: (415) 436-7234
   Email: elise.becker@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED

AUG 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,          )   No. 3-08-70408 MEJ
                                       )
15       Plaintiff,                    )
                                       )
16  v.                                 )   STIPULATION and (PROPOSED)
                                       )   ORDER EXCLUDING TIME
17  MIRSAD NEZIRI,                     )
                                       )
18       Defendant.                    )
                                       )
19

20       The United States of America, by and through its attorneys, Joseph P. Russoniello,
21  United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S.
22  Attorney, and defendant Mirsad Neziri, by and through his attorney, Paul Wolf, stipulated in
23  open court on August 6, 2008 before Magistrate Judge Bernard Zimmerman that the time period
24  between August 6, 2008 and August 15, 2008, should be excluded from the calculation of time in
25  which the above captioned case must be presented to a Grand Jury under Federal Rule of
26  Criminal Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161.
27

28

Order Excluding Time
3-08-70408 MEJ

1  |  The ground for this exclusion is that the parties need additional time in which to
2  |  review and discuss the case. The parties agree that the ends of justice served by the exclusion of
3  |  this time outweigh the best interest of the public and the defendant in a speedy trial, all pursuant
4  |  to 18 U.S.C. § 3161(h)(8)(B)(iii) and (iv).

DATED: August 6, 2008         Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

Elise Becker
Assistant United States Attorney

SO ORDERED.

DATED: 6 Aug 08

UNITED STATES MAGISTRATE JUDGE

Order Excluding Time
3-08-70408 MEJ